UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUENTIN JAMES BROOM, JR.,

    Plaintiff,

v.

JOHN A. HALLACY, et al.,

    Defendants.

_____/

Case No. 1:25-cv-820

HON. JANE M. BECKERING

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (ECF No. 10) recommending dismissal of the Complaint (ECF No. 1). During the time provided for objections to the Magistrate Judge's Report and Recommendation, Plaintiff filed two motions to amend or correct his Complaint (ECF Nos. 11 and 12). Federal Rule of Civil Procedure 72(b) states that "in reviewing a magistrate judge's recommendation, the district judge may . . . receive further evidence, or return the matter to the magistrate judge with instructions." *See Moore v. United States Dep't of Agric.*, No. 17-5363, 2018 WL 1612299, at *2 (6th Cir. Jan. 31, 2018).

**IT IS HEREBY ORDERED** that this matter is remanded to the Magistrate Judge to consider whether Plaintiff's motions to correct or amend should be granted and to determine whether those motions affect the Magistrate Judge's prior recommendations.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 10) is DISMISSED as moot.

Dated: September 17, 2025

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge